UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAERUE WILLIAMS,

                              Petitioner,

        -against-

ANTHONY J. ANNUCCI,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/09/2026__

No. 18-CV-631 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of *pro se* Petitioner Jaerue Williams' ("Petitioner") Motion to Stay and Abeyance of his *Habeas Corpus* Petition.  (ECF Nos. 39–42.)  This is the second time Petitioner has sought to stay this action.  (ECF No. 28.)  Petitioner argues that the action should be stayed to allow him to exhaust all available state court remedies.  (*See generally* ECF No. 41.)  However, the Court previously rejected this argument on January 26, 2026—not even two months ago.  (ECF No. 35.)

Accordingly, the Court DENIES Petitioner's Motion to Stay and Abeyance.  The Court will address Petitioner's concerns when reviewing Magistrate Judge Andrew Krause's Report and Recommendation.  Petitioner is advised to refrain from filing motions seeking similar relief until that time.  The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 39 and 42, and to mail a copy of this Order to Petitioner at the address listed on ECF and to show service on the docket.

                              SO ORDERED,

Dated: March 9, 2026
        White Plains, NY

                              _____
                              Nelson S. Román, U.S.D.J.