**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JAERUE WILLIAMS,

Petitioner,

18 **CIVIL** 0631 (NSR) (AEK)

-against-

**JUDGMENT**

ANTHONY ANNUCCI, SUPERINTENDENT,

Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2026, the Court adopts MJ Krause's R & R in its entirety. To the extent Petitioner has raised relevant objections to the R & R, the Court has addressed those objections and has deemed them meritless. Accordingly, the petition is deemed DENIED and the action is DISMISSED.

**DATED:** New York, New York
October 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**